**In re Edward E. HARTMAN, Magisterial District Judge In and For Magisterial District 31–3–01 Lehigh County.**

**No. 5 JD 04.**

Court of Judicial Discipline
of Pennsylvania.

May 18, 2005.

**ORDER**

PER CURIAM.

AND NOW, this 18th day of May, 2005, after hearing held this day on the issue of sanctions and upon consideration of statements by counsel for the Respondent and by the Respondent himself, it is hereby ORDERED that Respondent is reprimanded.

SPRAGUE, J., did not participate in the consideration or disposition of this case.